IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER P. JENKINS,
INDIVIDUALLY,

     Appellant,

v.

ED CRAPO, AS PROPERTY
APPRAISER FOR ALACHUA
COUNTY, FLORIDA, and
DEVAUGHN SLONE and
MILTON H. BAXLEY II, CO-
TRUSTEES OF LLC TRUST,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1194

Opinion filed May 19, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Walter P. Jenkins, Individually, pro se, Appellant.

John C. Dent, Jr., of Dent & McClain, Sarasota, and C. Valentine Bates, of Bates
& Brown, Micanopy, for Appellees (no appearances).


PER CURIAM.

     DISMISSED.

THOMAS, WINOKUR, and JAY, JJ., CONCUR.